IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 3SHAPE TRIOS A/S, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|   v. | )   C.A. No. 18-1332-LPS |
| | ) |
| ALIGN TECHNOLOGY, INC., | ) |
| | ) |
|     Defendant. | ) |

## DEFENDANT ALIGN TECHNOLOGY, INC.'S MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Align Technology, Inc. ("Align") hereby moves to dismiss plaintiff 3Shape Trios A/S's complaint (D.I. 1). The grounds for this motion are set forth fully in Align's Opening Brief in Support of Its Motion to Dismiss.

WHEREFORE, Align Technology, Inc. respectfully requests the Court grant this motion and enter the order attached hereto.

| | |
|---|---|
| OF COUNSEL: | /s/ John W. Shaw |
| Thomas A. Counts | John W. Shaw (No. 3362) |
| Thomas Brown | Karen E. Keller (No. 4489) |
| Abigail Wald | SHAW KELLER LLP |
| Grant Margeson | I.M. Pei Building |
| PAUL HASTINGS LLP | 1105 North Market Street, 12th Floor |
| 101 California Street | Wilmington, DE 19801 |
| Forty-Eighth Floor | (302) 298-0700 |
| San Francisco, CA 94111 | jshaw@shawkeller.com |
| (415) 856-7000 | kkeller@shawkeller.com |
| | *Attorneys for Defendant* |
| Noah Pinegar | |
| PAUL HASTINGS LLP | |
| 875 15th Street, N.W. | |
| Washington, DC 20005 | |
| (202) 551-1700 | |

Dated: October 17, 2018