IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 3SHAPE TRIOS A/S, | ) |
| PLAINTIFF, | ) ) ) |
| vs. | ) ) C.A. No. 18-1332-LPS |
| | ) ) ) |
| ALIGN TECHNOLOGY, INC., | ) ) ) |
| DEFENDANT. | ) |

## [PROPOSED] ORDER REGARDING SCHEDULING

This 23rd day of November, 2020, in order to effectuate the Court's Oral Order (D.I. 83), the Court ORDERS as follows:

1. All dates in the previous Scheduling Order (D.I. 26) are hereby vacated;

2. Within 30 days after the Court rules on Align's objections (D.I. 78) to the Report & Recommendation (D.I. 77), , the parties shall meet and confer and submit a proposed scheduling order.

_____
Chief United States District Judge