# Buchanan Ingersoll & Rooney PC

**Geoffrey G. Grivner**
302 552 4207
geoffrey.grivner@bipc.com

919 North Market Street, Suite 990
Wilmington, DE  19801-3036
T 302 552 4200
F 302 552 4295
www.bipc.com

June 4, 2021

**VIA CM/ECF**

The Honorable Leonard P. Stark
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

**Re:    3Shape Trios A/S v. Align Technology, Inc., C.A. No. 18-01332-LPS-JLH**

Dear Chief Judge Stark:

I write to provide a status report on behalf of all parties pursuant to the Scheduling Order entered by the Court in the above-referenced matter (D.I. 94). Initial negotiations regarding discovery remain ongoing between the parties. Following a March 31, 2021 dispute conference held before Magistrate Judge Hall and extensive negotiations thereafter, the parties were able to submit a proposed Amended Protective Order on Wednesday, June 2, 2021 (D.I. 122). The parties continue to negotiate the relevant time period, custodians, search terms, responses to specific document requests, implementation of cross-use, and the general scope of document production. While progress has been made in this regard, Court intervention on certain issues may be necessary in the near future. Additionally, multiple third-party subpoenas have been served by each party. The parties anticipate document production to begin promptly such that the current October 15, 2021 deadline for substantial completion of document production can be met.

Counsel remains available at the convenience of the Court.

Respectfully Submitted,

*/s/ Geoffrey G. Grivner*
Geoffrey G. Grivner (#4711)

cc: All Counsel of Record (via CM/ECF)