IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 3SHAPE TRIOS A/S, | ) |
| | ) |
|     PLAINTIFF, | ) |
| | ) |
| v. | )    C.A. No. 18-1332-LPS |
| | ) |
| | ) |
| ALIGN TECHNOLOGY, INC., | ) |
| | ) |
| | ) |
|     DEFENDANT. | ) |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND CASE SCHEDULE**

The parties stipulate and agree, subject to the approval of the Court, that the following case deadlines shall be extended as set forth below:

| Case Event | Current Deadline | Stipulated New Deadline |
|---|---|---|
| Substantial Completion of Production by Both Parties | 10/15/21 | 12/10/21[1] |
| Fact Discovery Cutoff | 1/14/22 | 4/1/22 |
| Opening Expert Reports | 1/31/22 | 4/18/22 |
| Rebuttal Expert Reports | 4/15/22 | 7/1/22 |
| Reply Expert Reports | 5/27/22 | 8/12/22 |
| Expert Discovery Cutoff | 7/15/22 | 9/30/22 |
| Opening Case Dispositive Motions | 8/5/22 | 10/21/22 |
| Answering Briefs | 9/23/22 | 12/9/22 |
| Reply Briefs | 10/17/22 | 1/2/23 |

There is good cause for the parties' agreed extension. Both parties have been working diligently to identify an appropriate set of documents for review and have been negotiating search terms to that end, which are nearly final. The parties have also exchanged transactional

---

[1] 3Shape agrees to continue making and Align agrees to begin making substantial rolling productions of documents based on previously discussed search terms by November 19 in response to discovery served in this case until production is complete, with substantial completion occurring no later than December 10, 2021.

-1-

data, which they are continuing to evaluate. The parties need additional time to complete the review and production of documents.

Pursuant to D. Del. LR 16.4, the undersigned counsel certify that copies of this request have been sent to their respective clients.

*/s/ Geoffrey G. Grivner*
Geoffrey G. Grivner (No. 4711)
BUCHANAN INGERSOLL & ROONEY PC
500 Delaware Avenue, Suite 720
Wilmington, DE 19801
Telephone: (302) 552-4207
Email: geoffrey.grivner@bipc.com
*Attorneys for Plaintiff*

OF COUNSEL:
Wendelynne J. Newton
Gretchen L. Jankowski
BUCHANAN INGERSOLL & ROONEY PC
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219-4413
Telephone No.: (412) 562-8800
Email: wendelynne.newton@bipc.com
       gretchen.jankowski@bipc.com

Carrie G. Amezcua
BUCHANAN INGERSOLL & ROONEY PC
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102-2555
Telephone No.: (215) 665-3859
Email: carrie.amezcua@bipc.com

Derek Ludwin
Ross Demain
Sonia Lahr-Pastor
COVINGTON & BURLING LLP
One City Center, 850 Tenth Street, NW
Washington, DC 20001-4956
Telephone No.: (202) 662-6000
Email: dludwin@cov.com
       rdemain@cov.com
       slahrpastor@cov.com

*/s/ Nathan R. Hoeschen*
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendant*

OF COUNSEL:
PAUL HASTINGS LLP
Thomas A. Counts
Abigail Wald
tomcounts@paulhastings.com
abigailwald@paulhastings.com
101 California Street
Forty-Eighth Floor
San Francisco, CA 94111
(415) 856-7000

Steven A. Marenberg
James M. Pearl
stevenmarenberg@paulhastings.com
jamespearl@paulhastings.com
1999 Avenue of the Stars, 27th Floor
Los Angeles, CA, 90067
Telephone: (310) 620-5700

Noah Pinegar
noahpinegar@paulhastings.com
2050 M Street, N.W.
Washington, DC 20036
(202) 551-1700

-3-

                                                  Adam M. Reich  
                                                  Michael C. Whalen  
                                                  adamreich@paulhastings.com  
                                                  michaelcwhalen@paulhasings.com  
                                                  71 S. Wacker Drive, 45th Floor  
                                                  Chicago, IL 60606  
                                                  Telephone: (312) 499-6000

DATED: October 12, 2021

SO ORDERED This _____ day of _____, 2021

                                                  _____  
                                                  U.S.D.J.