IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 3SHAPE TRIOS A/S,<br><br>    Plaintiff,<br><br>  v.<br><br>ALIGN TECHNOLOGY, INC.,<br><br>    Defendants. | C.A. No. 18-1332-LPS-JLH |

**PLAINTIFF'S MOTION FOR TELECONFERENCE TO RESOLVE
DISCOVERY DISPUTES**

Plaintiff 3Shape Trios A/S ("Plaintiff") respectfully moves this Court to schedule a teleconference to address outstanding disputes regarding the following discovery matters:

• Defendant Align Technology, Inc.'s refusal to run certain search terms proposed by Plaintiff in connection with Align's document production.

• Defendant's failure to comply with substantial completion of document production as required by the Court's Order to Extend Case Schedule (D.I. 129).

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer by telephone on the following dates:

June 30, 2021

August 19, 2021

September 14, 2021

December 3, 2021

**Delaware Counsel:**

Geoffrey G. Grivner (for Plaintiff)

Nathan R. Hoeschen (for Defendant)

**Lead Counsel:**

Carrie Amezcua (for Plaintiff)

Adam M. Reich (for Defendant)

Noah B. Pinegar (for Defendant)

Michael C. Whalen (for Defendant)

The parties are available for a teleconference on the following dates:

December 21, 22, or 23, 2021.

| | |
|---|---|
| DATED: December 7, 2021 | Respectfully submitted, |
| OF COUNSEL: | /s/ *Geoffrey G. Grivner* |
| | Geoffrey G. Grivner (#4711) |
| Wendelynne J. Newton (*pro hac vice*) | BUCHANAN INGERSOLL & ROONEY PC |
| Gretchen L. Jankowski (*pro hac vice*) | 500 Delaware Avenue, Suite 720 |
| BUCHANAN INGERSOLL & ROONEY PC | Wilmington, DE 19801 |
| Union Trust Building | Tel: (302) 552-4207 |
| 501 Grant Street, Suite 200 | Email: geoffrey.grivner@bipc.com |
| Pittsburgh, PA 15219-4413 | |
| Tel: (412) 562-8800 | |
| wendelynne.newton@bipc.com | |
| gretchen.jankowski@bipc.com | |
| | Derek Ludwin (admitted *pro hac vice*) |
| | Ross Demain (admitted *pro hac vice*) |
| Carrie G. Amezcua (*pro hac vice*) | Sonia Lahr-Pastor (admitted *pro hac vice*) |
| BUCHANAN INGERSOLL & ROONEY PC | COVINGTON & BURLING LLP |
| Two Liberty Place | One City Center, 850 Tenth Street, NW |
| 50 S. 16th Street, Suite 3200 | Washington, DC 20001-4956 |
| Philadelphia, PA 19102-2555 | Tel: (202) 662-6000 |
| Tel: (215) 665-3859 | dludwin@cov.com |
| carrie.amezcua@bipc.com | rdemain@cov.com |
| | slahrpastor@cov.com |
| | *Attorneys for Plaintiff 3ShapeTrios A/S* |