IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| 3SHAPE TRIOS A/S,<br><br>        Plaintiff,<br><br>   v.<br><br>ALIGN TECHNOLOGY, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)  C.A. No. 18-1332-LPS<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND [PROPOSED] ORDER STAYING PROCEEDINGS
PENDING SETTLEMENT**

On February 7, 2022, Plaintiff 3Shape A/S ("3Shape") and Defendant Align Technology, Inc. ("Align") signed a confidential settlement agreement that will resolve all claims asserted in this case. The parties anticipate filing a stipulated motion to dismiss this action within approximately 30 days, after certain events required by the settlement agreement have occurred.

Align and 3Shape have agreed, subject to the approval of the Court, to stay all proceedings in this case pending the completion of settlement.

If the parties have not submitted a stipulation to dismiss by March 15, 2022, the parties will submit a joint status report with a further update.

| | |
|---|---|
| */s/ Geoffrey G. Grivner*<br>Geoffrey G. Grivner (No. 4711)<br>BUCHANAN INGERSOLL & ROONEY PC<br>500 Delaware Avenue, Ste. 720<br>Wilmington, DE 19801<br>Telephone: (302) 552-4207<br>Email: geoffrey.grivner@bipc.com<br><br><br>Wendelynne J. Newton<br>Gretchen L. Jankowski<br>BUCHANAN INGERSOLL & ROONEY PC | */s/ Nathan R. Hoeschen*<br>John W. Shaw (No. 3362)<br>Karen E. Keller (No. 4489)<br>Nathan R. Hoeschen (No. 6232)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 298-0700<br>Email: jshaw@shawkeller.com<br>          nhoeschen@shawkeller.com<br>Thomas A. Counts |

1

Union Trust Building
501 Grant Street, Ste. 200
Pittsburgh, PA 15219-1410
Telephone No.: (412) 562-8800
Email: wendelynne.newton@bipc.com
　　　　gretchen.jankowski@bipc.com

Carrie G. Amezcua
BUCHANAN INGERSOLL & ROONEY PC
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102-2555
Telephone No.: (215) 665-3859
Email: carrie.amezcua@bipc.com

Derek Ludwin
Ross Demain
Sonia Lahr-Pastor
COVINGTON & BURLING LLP
One City Center, 850 Tenth Street, NW
Washington, DC 20001-4956
Telephone No.: (202) 662-6000
Email: dludwin@cov.com
　　　　rdemain@cov.com
　　　　rdemain@cov.com

*Attorneys for Plaintiff*
*3Shape TRIOS A/S*

Thomas Brown
Abigail Wald
PAUL HASTINGS LLP
101 California Street
Forty-Eighth Floor
San Francisco, CA 94111
Telephone No.: (415) 856-7000

Noah Pinegar
PAUL HASTINGS LLP
875 15th Street, N.W.
Washington, DC 20005
Telephone No.: (202) 551-1700

*Attorneys for Defendant*
*Align Technology, Inc.*

DATED: February 9, 2022

So ordered this _____ day of February, 2022,

　　　　　　　　　　　　_____
　　　　　　　　　　　　The Honorable Leonard P. Stark