IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 3SHAPE TRIOS A/S,<br><br>           Plaintiff,<br><br>   v.<br><br>ALIGN TECHNOLOGY, INC.,<br><br>           Defendant. | )<br>)<br>)<br>)<br>)   C.A. No. 18-1332-LPS<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATED ORDER OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Align Technology, Inc. and 3Shape A/S, by and through their counsel of record, stipulate to the dismissal with prejudice of all claims and defenses in this action, each party to bear its own attorneys' fees and costs. The Court shall retain jurisdiction over the parties' settlement agreement.

Dated:  March 3, 2022

/s/ Geoffrey G. Grivner
Geoffrey G. Grivner (No. 4711)
BUCHANAN INGERSOLL & ROONEY PC
500 Delaware Avenue, Ste. 720
Wilmington, DE 19801
Telephone: (302) 552-4207
Email: geoffrey.grivner@bipc.com

Wendelynne J. Newton
Gretchen L. Jankowski
BUCHANAN INGERSOLL & ROONEY PC
Union Trust Building
501 Grant Street, Ste. 200
Pittsburgh, PA 15219-1410
Telephone No.: (412) 562-8800
Email: wendelynne.newton@bipc.com
         gretchen.jankowski@bipc.com

/s/ Nathan R. Hoeschen
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 298-0700
Email: jshaw@shawkeller.com
        nhoeschen@shawkeller.com
Thomas A. Counts
Thomas Brown
Abigail Wald
PAUL HASTINGS LLP
101 California Street
Forty-Eighth Floor
San Francisco, CA 94111
Telephone No.: (415) 856-7000

1

Carrie G. Amezcua
BUCHANAN INGERSOLL & ROONEY PC
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102-2555
Telephone No.: (215) 665-3859
Email: carrie.amezcua@bipc.com

Derek Ludwin
Ross Demain
Sonia Lahr-Pastor
COVINGTON & BURLING LLP
One City Center, 850 Tenth Street, NW
Washington, DC 20001-4956
Telephone No.: (202) 662-6000
Email: dludwin@cov.com
       rdemain@cov.com
       rdemain@cov.com

*Attorneys for Plaintiff*
*3Shape TRIOS A/S*

Noah Pinegar
PAUL HASTINGS LLP
875 15th Street, N.W.
Washington, DC 20005
Telephone No.: (202) 551-1700

*Attorneys for Defendant*
*Align Technology, Inc.*


So ordered this \_\_\_\_ day of March, 2022,


                              _____
                              The Honorable Leonard P. Stark